**Opinion issued November 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00896-CV

————————————

**JEFF WATERS, Appellant**

**V.**

**TEXAIR VENDING, LLC AND MARK RUTOWSKI, Appellees**

---

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Case No. 2014-18943

---

## MEMORANDUM OPINION

Appellant, Jeff Waters, has filed an unopposed motion to dismiss his petition for permissive appeal of an interlocutory order. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.